UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TONYA L. BELL,**

    **Plaintiff,**

**v.**                                    Case No. 8:08-cv-1545-T-30TBM

**JP MORGAN CHASE,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Notice of Payment (Dkt. #20). A review of the file reveals that Plaintiff has failed to pay the filing fee. Upon consideration of the notice and after a review of the file, it is

ORDERED AND ADJUDGED that:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 12, 2009.

                                                JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-1545.dismiss failure to pay filing fee.frm